

## NUMBER 13-08-00226-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

ARMINDA GARZA,                                            **Appellant,**

**v.**

ARTURO GARZA AND NEW
BERN TRANSPORT CO.,                                  **Appellees.**

---

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Benavides
### Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 206th District Court of Hidalgo County, Texas, in cause number C-618-06-D. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have settled their dispute in controversy. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 20th day of August, 2009.